**Order entered July 11, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00488-CR

### FRANK ROBERT BLAES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-00535-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's July 6, 2018 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before July 13, 2018.

/s/    LANA MYERS
        JUSTICE